**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Global Payments
P.O. Box 661158
Chicago, IL 60666

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

MAY 3 0

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

7011 2970 0002 1958 76

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   (Transfer from service label)   H-12-1575

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Reginald Jackson
P.O. Box 722460
Houston, TX 77272

12

United States Courts
Southern District of Texas
FILED

JUN 2 2 2012

David J. Bradley, Clerk of Court

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____    ☑ Agent
                     ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery

Reese David

D. Is delivery address different from Item 1?    ☐ Yes
   If YES, enter delivery address below:          ☐ No

1. Article Addressed to:

Continental Finance Company LLC
P.O. Box 11743
Willgton, De 19850

7011 2970 0002 1958 7667

3. Service Type
   ☑ Certified Mail        ☐ Express Mail
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    H-12- 1575

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Reginald Jackson
P. O. Box 722460
Houston, TY 77272

United States Courts
Southern District of Texas
FILED

JUN 2 2 2012

David J. Bradley, Clerk of Court

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X _____  ☐ Agent
                   ☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

Laura Nelson   5-29-12

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

AFS Acceptance
101 NE 3rd Ave St; 201
FT Lauderdale, FL 33301

7011 2970 0002 1958 7643

3. Service Type
   ☑ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
   (*Transfer from service label*)      H-12-1575

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Reginald Jackson
P. O. Box 722460
Houston, TX 97272

United States Courts
Southern District of Texas
FILED

JUN 2 2 2012

David J. Bradley, Clerk of Court

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Enhanced Recovery Company

8014 Bayberry Rd

Jacksonville FL 32256-7412

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Jodi Tower* ☑ Agent ☐ Addressee

B. Received by (Printed Name)  Jodi Tower   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

7011 2970 0002 1958 7599

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   H - 12 - 1575

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •



Reginalde Jackson

P.O. Box 722460

Houston, TX 77272

United States Courts
Southern District of Texas
FILED

JUN 2 2 2012

David J. Bradley, Clerk of Court

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Capital One Auto Finance*
*3905 N. Dallas Pkwy*
*Plano, Tx 75093*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                 ☐ Addressee

B. Received by (*Printed Name*)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

7011 2970 0002 1958 7698

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
   (*Transfer from service label*)   *CASE # H-12-1575*

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Reginald Jackson
P.O. Box 722460
Houston, TX 77272

United States Courts
Southern District of Texas
FILED

JUN 2 2 2012

David J. Bradley, Clerk of Court

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Consumer Info
P.O. Box 19729
Irvine, CA 92623-9729

MAY 29 2012

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _Steven Brown_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)  C. Date of Delivery

_K Brown_   5/29/12

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

7011 2970 0002 1958 7674

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    H-12-1575

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Reginald Jackson
P.O. Box 722460
Houston, TX 77272

United States Courts
Southern District of Texas
FILED

JUN 2 2 2012

David J. Bradley, Clerk of Court

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Progressive Insurance
6300 Wilson Mills Rd
Cleveland, OH 44143

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by ( *Printed Name* ) · · C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

7011 2970 0002 1958 7651

3. Service Type
☑ Certified Mail · ☐ Express Mail
☐ Registered · ☐ Return Receipt for Merchandise
☐ Insured Mail · ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) · ☐ Yes

2. Article Number
(*Transfer from service label*)

H-12-1575

PS Form 3811, February 2004 · · Domestic Return Receipt · · 102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Reginald Jackson
P O Box 722460
Houston, TX 77272

United States Courts
Southern District of Texas
FILED

JUN 2 2 2012

David J. Bradley, Clerk of Court

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Allied Interstate
3000 corporate Exchange Dr
Columbus, OH 43231
- 7689

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

RECEIVED
MAR 18 12

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

7011 2970 0002 1958

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)   H-12-1575

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Reginald Jackson

P.O. Box 722460

Houston, Ty 77272

United States Courts
Southern District of Texas
FILED

JUN 2 2 2012

David J. Bradley, Clerk of Court

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Portfolio Management Group
2021 EAST Dublin Granville
Ste 151
Columbus, OH 43229

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

7011 2970 0002 1958 7711

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    CASE # H-12-1575

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Reginald Jackson
P. O. Box 722460
Houston, TX 77272

United States Courts
Southern District of Texas
FILED

JUN 2 2 2012

David J. Bradley, Clerk of Court

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( Printed Name )     C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

1. Article Addressed to:

HARLey - Davidson
P.O. Box 21790
Carson, city NV
        89721-1790

ATT: SARIAL #3621

7011 2970 0002 1958 7605

3. Service Type
☑ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)      ☐ Yes

2. Article Number
   (Transfer from service label)

H - 12 - 1525

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box *

Reginald Jackson
P.O. box 722460
Houston, TY 77272

United States Courts
Southern District of Texas
FILED

JUN 2 2 2012

David J. Bradley, Clerk of Court

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

I.C. System Inc
P.O. Box 64378
Saint Paul N.M 55164

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )      C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

7011 2970 0002 1958 7636

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)   ☐ Yes

2. Article Number
(*Transfer from service label*)      H - 12 - 1575

PS Form 3811, February 2004       Domestic Return Receipt       102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Reginald Jackson
P.O. Box 722460
Houston, TX 7727

United States Courts
Southern District of Texas
FILED

JUN 2 2 2012

David J. Bradley, Clerk of Court

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X

☐ Agent
☐ Addressee

B. Received by ( *Printed Name*)  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

RJM Acquisition LLC.
575 underhill Blvd
Syosset, Ny 11791    St 224

7011 2970 0002 1958 7582

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

2. Article Number
(Transfer from service label)    H-12-1575

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No.

• Sender: Please print your name, address, and ZIP+4 in this box •

Reginald Jackson
P.O. Box 722460
Houston, TX 77272

United States Courts
Southern District of Texas
FILED

JUN 2 2 2012

David J. Bradley, Clerk of Court